IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKEY L. WARREN PLAINTIFF

v. No. 4:26-cv-1000-DPM

EDWARD ONASSIS WALKER and
JOSHUA ALLEN NEWTON DEFENDANTS

# ORDER

**1.** Ricky Warren was convicted of four crimes related to his accepting government benefits that he wasn't entitled to. Edward Walker was the lead prosecutor for the United States. Joshua Newton, also an assistant United States attorney, helped in efforts to collect restitution payments from Warren post-conviction. Warren says that Walker and Newton didn't graduate law school and obtained their law licenses through fraud, in violation of an Arkansas criminal statute.

**2.** Warren says I must recuse. I presided over his criminal trial. He filed many *pro se* motions related to his accusations against Walker and Newton, which I denied. But adverse rulings standing alone do not show bias or partiality. *Ex parte American Steel Barrel Company*, 230 U.S. 35, 43–44 (1913). And Warren's unfounded accusation of collusion isn't a valid basis for recusal. *Dossett v. First State Bank*, 399 F.3d 940, 953 (8th Cir. 2005). My impartiality in this case could not be reasonably questioned. 28 U.S.C. § 455(a). The motion to recuse

embedded in Warren's response to the motion to dismiss, *Doc. 10 at 2*, is denied.

**3.** Walker and Newton have moved for dismissal of the complaint. Warren claims that they are violating Arkansas Code Annotated § 5-37-208, which (he says) makes it a crime for a person to pretend to be an attorney to harm someone else. But Warren is a private citizen. He can't prosecute Walker and Newton for conduct he believes is criminal. *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973). Nothing in Arkansas's criminal impersonation statute creates or implies a private right of action. The case Warren cites in his response doesn't help him. The government, not a private citizen, prosecuted Dale Richardson for fraudulently claiming to be an attorney. *United States v. Richardson*, 676 F.3d 491, 496 (5th Cir. 2012).

**4.** Motion to dismiss, *Doc. 5*, granted as specified. Warren's complaint will be dismissed for failure to state a claim upon which relief can be granted. The Court doesn't need to reach the other issues raised in the motion. Warren's motions, *Doc. 4, 7 & 8*, are denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026