IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKEY L. WARREN PLAINTIFF

v. No. 4:26-cv-1000-DPM

EDWARD ONASSIS WALKER and
JOSHUA ALLEN NEWTON DEFENDANTS

# JUDGMENT

Warren's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

27 October 2026